**Order entered December 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00924-CV

**NSA PARTNERS, LTD., ET AL., Appellants**

**V.**

**FRANK S. LA BARBA, JR., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13228**

## ORDER

We **GRANT** the December 2, 2015 unopposed second motion of appellant NSA Partners, LTD. for an extension of time to file a brief. Appellant shall file a brief by **DECEMBER 16, 2015**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE